AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02cr95-002/LAC |
| GERALD ROBINSON ) | USM No: 05428-017 |
| Date of Previous Judgment: 30 December, 2002 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__   Amended Offense Level: __33__
Criminal History Category: __IV__   Criminal History Category: __IV__
Previous Guideline Range: __240__ to __293__ months   Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):  The original sentence of 115 months was a significant departure from the applicable guidelines and the mandatory minimum of 240 months. The mandatory minimum of 240 months still applies and, despite the reduction in the guidelines, the sentence of 115 months is still appropriate.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   30 December 2002   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 25 February 2008                    s/*L.A. Collier*
                                                 Judge's signature

Effective Date: _____                   Lacey A. Collier, Senior U.S. District Judge
         (if different from order date)                      Printed name and title