# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO. 3:02cr95 LAC

GERALD ROBINSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   JULY 30, 2008
Motion/Pleadings:  MOTION FOR RECONSIDERATION of Order (doc #212)
Filed by  DEFENDANT PRO SE    on 7/30/08    Doc.# 218

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/ *L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.