UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:02cr95-02/LAC

GERALD ROBINSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  May 6, 2009
Motion/Pleadings:  MOTION ADVISING THE COURT OF THE DEFENDANT'S SUBSTANTIAL ASSISTANCE
Filed by DEFENDANT  on 4/10/2009  Doc.# 226

RESPONSES:

  None  on  Doc.#
   on  Doc.#

\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed    \_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 31st day of March, 2010, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

*s/L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***